1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **NORTHERN DISTRICT OF CALIFORNIA**

9 **SAN JOSE DIVISION**

10 UNITED STATES,                                  Case No.: CR 12-00768 LHK

11                          Plaintiff,

12            vs.                                   **[~~PROPOSED~~] ORDER TO CONTINUE**
                                                   **STATUS CONFERENCE AND EXCLUDE**
13 ROY BENJAMIN,                                    **TIME UNDER THE SPEEDY TRIAL ACT**

14                          Defendant.

15 _____

16

17      GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the status conference in

18 this matter now scheduled for May 8, 2013, at 9:00 a.m. is hereby rescheduled for June 26, 2013, at

19 9:30 a.m.  Based upon the representation of counsel and for good cause shown, the Court also finds

20 that the time between May 8, and June 26, 2013, shall be excluded from calculations under the

21 Speedy Trial Act.  The interests of justice in allowing for the effective preparation of defense

22 counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into

23 account the exercise of due diligence.  18 U.S.C. § 3161(h)(7).

24

25 Dated:  May __7__, 2013          _____

26                                   HON. LUCY H. KOH
                                     United States District Judge
27

28

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE – *United States v. Benjamin* No.: CR 12-00768 LHK